ABRAHAM, FRUCHTER
 & TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Attorneys for Movant Pyramid Holdings, Inc.*

[Additional Counsel on Signature Page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TERRAFORM GLOBAL, INC., et al.<br><br>                    Defendants. | Case No. 3:15-cv-05068-RS<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15<br><br>DATE:     February 4, 2016<br>TIME:     1:30 PM<br>JUDGE:    Honorable Richard Seeborg<br>CTRM:     3, 17th Floor |

**CERTIFICATION PURSUANT TO L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 28, 2015

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**


/s/ *Ian D. Berg*
IAN D. BERG (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582

– and –

JACK G. FRUCHTER (*to be admitted pro hac vice*)
MITCHELL M.Z. TWERSKY (*to be admitted pro hac vice*)
CASSANDRA L. PORSCH (*to be admitted pro hac vice*)

One Penn Plaza, Suite 2805
New York, NY 10119
Tel:  (212) 279-5050
Fax: (212) 279-3655

*Attorneys for Movant Pyramid Holdings, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2015.

 /s/ Ian D. Berg
IAN D. BERG (Bar No. 263586)

ABRAHAM, FRUCHTER
    & TWERSKY LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*