ABRAHAM, FRUCHTER
  & TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Attorneys for Movant Pyramid Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TERRAFORM GLOBAL, INC., et al. <br><br> Defendants. | Case No. 3:15-cv-05068-RS <br><br> CERTIFICATION OF COUNSEL IAN D. BERG PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

CERTIFICATION OF COUNSEL IAN D. BERG PURSUANT TO LOCAL RULE 3-7(D)
Case No. 3:15-cv-05068-RS
1

1   Pursuant to the United States District Court for the Northern District of California Local
2   Rule 3-7(d), I, Ian D. Berg, declare as follows:
3   Exclusive of securities held through mutual funds or discretionary accounts managed by
4   professional money managers, I do not directly own or otherwise have a beneficial interest in the
5   securities that are the subject of this action.
6   I declare under penalty of perjury under the laws of the United States of America that the
7   foregoing is true and correct to the best of my knowledge.
8   Executed this 28th day of December, 2015.

9               /s/ *Ian D. Berg*
                IAN D. BERG

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2015.

    /s/ Ian D. Berg
IAN D. BERG (Bar No. 263586)

ABRAHAM, FRUCHTER
    & TWERSKY LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*