1 | ABRAHAM, FRUCHTER
   & TWERSKY, LLP
2 | IAN D. BERG (Bar No. 263586)
3 | TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
4 | San Diego, CA 92130
Tel: (858) 764-2580
5 | Fax: (858) 764-2582
*iberg@aftlaw.com*
6 | *tkellar@aftlaw.com*

7 | *Attorneys for Movant Pyramid Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:15-cv-05068-RS |
|---|---|---|
| Plaintiff, | ) ) ) ) | CERTIFICATION OF COUNSEL JACK G. FRUCHTER PURSUANT TO CIVIL LOCAL RULE 3-7(d) |
| vs. | ) ) | |
| TERRAFORM GLOBAL, INC., et al. | ) ) ) | |
| Defendants. | ) | |

CERTIFICATION OF COUNSEL JACK G. FRUCHTER PURSUANT TO LOCAL RULE 3-7(D) Case
No. 3:15-cv-05068-RS

1

Pursuant to the United States District Court for the Northern District of California Local Rule 3-7(d), I, Jack G. Fruchter, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of December, 2015.

/s/ *Jack G. Fruchter*
JACK G. FRUCHTER

## E-FILING ATTESTATION

I, Ian D. Berg, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jack G. Fruchter has concurred in this filing.

/s/ *Ian D. Berg*
IAN D. BERG

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2015.

      /s/ Ian D. Berg
IAN D. BERG (Bar No. 263586)

ABRAHAM, FRUCHTER
    & TWERSKY LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*