ABRAHAM, FRUCHTER
 & TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Attorneys for Movant Pyramid Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>TERRAFORM GLOBAL, INC., et al.<br><br>  Defendants. | Case No. 3:15-cv-05068-RS<br><br>CERTIFICATION OF COUNSEL MITCHELL M.Z. TWERSKY PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

1  Pursuant to the United States District Court for the Northern District of California Local
2  Rule 3-7(d), I, Mitchell M.Z. Twersky, declare as follows:
3  Exclusive of securities held through mutual funds or discretionary accounts managed by
4  professional money managers, I do not directly own or otherwise have a beneficial interest in the
5  securities that are the subject of this action.
6  I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct to the best of my knowledge.
8  Executed this 28th day of December, 2015.

/s/ *Mitchell M.Z. Twersky*
MITCHELL M.Z. TWERSKY

### E-FILING ATTESTATION

I, Ian D. Berg, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mitchell M.Z. Twersky has concurred in this filing.

/s/ *Ian D. Berg*
IAN D. BERG

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2015.

    /s/ Ian D. Berg
IAN D. BERG (Bar No. 263586)

ABRAHAM, FRUCHTER
    & TWERSKY LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*