1  Sara B. Brody, SBN 130222
   sbrody@sidley.com
2  Jaime A. Bartlett, SBN 251825
   jbartlett@sidley.com
3  Sarah A. Hemmendinger, SBN 298659
   shemmendinger@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
5  San Francisco, California  94104
   Telephone:  (415) 772-1200
6  Facsimile:  (415) 772-7400

7  Norman J. Blears, SBN 95600
   nblears@sidley.com
8  SIDLEY AUSTIN LLP
   1001 Page Mill Road, Building 1
9  Palo Alto, California  94304
   Telephone:  (650) 565-7000
10 Facsimile:    (650) 565-7100

11 Attorneys for Defendants
12 TerraForm Global, Inc., SunEdison, Inc., Ahmad Chatila, Carlos
   Domenech Zornoza, Jeremy Avenier, Martin Truong, Brian Wuebbels

13 [Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 3:15-cv-04981-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINTS** |
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 3:15-cv-05068-RS |

Plaintiff Juan M. Rodriguez Beltran, individually and on behalf of all others similarly situated, and Plaintiff Pyramid Holdings, Inc., individually and on behalf of all others similarly situated, by through their undersigned counsel, ("Plaintiffs"), and Defendants TerraForm Global, Inc., SunEdison, Inc., Ahmad Chatila, Carlos Domenech Zornoza, Jeremy Avenier, Martin Truong, Brian Wuebbels, J.P. Morgan Securities LLC., Barclays Capital Inc., Citigroup Global Markets Inc Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itaú BBA Securities, Inc., SMBC Nikko Securities America, Inc., SG Americas Securities, LLC, and Kotak Mahindra, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 29, 2015, Juan M. Rodriguez Beltran, individually and on behalf of all others similarly situated, filed a class action complaint captioned *Beltran v. TerraForm Global et al.*, Case No. 3:15-cv-04981-WHO (the "*Beltran* Action") against the Defendants alleging violations of the federal securities laws;

WHEREAS, on October 29, 2015, pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i), Plaintiff Beltran caused a notice to be published on *Businesswire*, a "widely circulated national business-oriented wire service," advising members of the purported class of, *inter alia*: (1) the pendency of the action; (2) the claims asserted therein; (3) the purported class period; and (4) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as Lead Plaintiff of the class;

WHEREAS, on November 5, 2015, Pyramid Holdings, Inc., individually and on behalf of all others similarly situated, filed a class action complaint captioned *Pyramid Holdings v. TerraForm Global, Inc. et al.*, 3:15-cv-05068-RS (the "*Pyramid Holdings* Action") against the Defendants alleging violations of the federal securities laws;

WHEREAS, the *Beltran* Action and the *Pyramid Holdings* Action are class actions brought against the same defendants, alleging the same violations of federal securities law in connection with TerraForm Global's IPO, and proceeding before different judges would likely lead to an unduly burdensome duplication of labor and expense, and cause the potential for conflicting

results;

WHEREAS, the parties recognize that pursuant to Civil Local Rule 3-12, these actions are related and should be so marked, and agree that Defendants will prepare the appropriate Joint Administrative Motion to Consider Whether Cases Should be Related;

WHEREAS, the Court in the *Beltran* Action and the *Pyramid Holdings* Action has issued Scheduling Orders which set certain different deadlines, including for ADR filings, Initial Case Management Conferences, and Initial Disclosures in each case;

WHEREAS, pursuant to 15 U.S.C. § 77z-1(a)(3)(B) the Court must appoint a Lead Plaintiff;

WHEREAS, on December 28, 2015 certain class members moved for appointment as Lead Plaintiff and lead counsel;

WHEREAS, the parties agree that, in light of the pending motions for appointment as Lead Plaintiff and lead counsel, and in the interests of judicial economy and the preservation of the Court's and the parties' resources, Defendants need not respond to the pending Complaints;

WHEREAS, the parties agree that, in light of the pending motions for appointment as Lead Plaintiff and lead counsel and the anticipated Administrative Motion to Consider Whether Cases Should be Related, and in the interests of judicial economy and the preservation of the Court's and the parties' resources, the deadlines set in the Scheduling Orders should be vacated and new dates set after the cases are related and consolidated;

NOW, THEREFORE, it is hereby stipulated as follows:

1. These related actions shall be consolidated pursuant to the Court's process;
2. Deadlines set in the Court's Scheduling Orders shall be vacated and re-set following consolidation;
3. Defendants shall not be required to move or otherwise respond to the Complaints filed in the *Beltran* Action or the *Pyramid Holdings* Action until after the appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 77z-1(a)(3) and after the filing by such Lead Plaintiff of a Consolidated complaint.  Pursuant to L.R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court;

4. Following the appointment of a Lead Plaintiff, the parties shall submit to the Court a proposed schedule for the filing of a Consolidated complaint and the filing and briefing of any motion to dismiss; and

5. This Stipulation is entered into without prejudice to any party seeking any interim relief.

Dated: January 8, 2016                              SIDLEY AUSTIN LLP

                                                    By:  */s/ Sara B. Brody*
                                                         Sara B. Brody

                                                    Attorneys for Defendants
                                                    TerraForm Global, Inc., SunEdison, Inc.,
                                                    Ahmad Chatila, Carlos Domenech Zornoza,
                                                    Jeremy Avenier, Martin Truong, Brian
                                                    Wuebbels

Dated: January 8, 2016                              SHEARMAN & STERLING LLP

                                                    By:  */s/ Stephen D. Hibbard*
                                                         Stephen D. Hibbard

                                                    Attorneys for Defendants J.P. Morgan
                                                    Securities LLC., Barclays Capital Inc.,
                                                    Citigroup Global Markets Inc., Morgan
                                                    Stanley & Co. LLC, Goldman, Sachs & Co.,
                                                    Merrill Lynch, Pierce, Fenner & Smith
                                                    Incorporated, Deutsche Bank Securities Inc.,
                                                    BTG Pactual US Capital LLC, Itaú BBA
                                                    USA Securities, Inc., SMBC Nikko Securities
                                                    America, Inc., SG Americas Securities, LLC,
                                                    and Kotak Mahindra, Inc.

Dated: January 8, 2016                              SCOTT + SCOTT, LLP

                                                    By:  */s/ Thomas L. Laughlin*
                                                         Thomas L. Laughlin

                                                    Attorneys for Plaintiff Juan M. Rodriguez
                                                    Beltran

Dated: January 8, 2016                    ABRAHAM, FRUCHTER & TWERSKY, LLP

By: */s/ Ian D. Berg*
Ian D. Berg

Attorneys for Plaintiff Pyramid Holdings, Inc.

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Time for Defendants to Respond to the Complaints. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: January 8, 2016                    SIDLEY AUSTIN LLP

By: */s/ Sara B. Brody*
Sara B. Brody

Attorneys for Defendants
TerraForm Global, Inc., SunEdison, Inc., Ahmad Chatila, Carlos Domenech Zornoza, Jeremy Avenier, Martin Truong, Brian Wuebbels

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/11/16

Honorable Richard Seeborg
United States District Judge