John T. Jasnoch (Bar No. 281605)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

Thomas L. Laughlin (*pro hac vice*)
Donald A. Broggi
Joseph V. Halloran (Bar No. 288617)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: tlaughlin@scott-scott.com
       dbroggi@scott-scott.com
       jhalloran@scott-scott.com

*Attorneys for Proposed Lead Plaintiff
the Furia Investment Fund Limited*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-04981-BLF<br><br>**NOTICE OF MOTION AND MOTION OF THE FURIA INVESTMENT FUND LIMITED FOR LEAVE TO FILE RESPONSE TO PYRAMID HOLDINGS, INC.'S OBJECTION TO REPLY EVIDENCE**<br><br>Date: April 7, 2016<br>Time: 9:00 a.m.<br>Courtroom: 3-5th Floor<br>Judge: Hon. Beth Labson Freeman |

(Caption continued on following page.)

| | |
|---|---|
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-05068-BLF |

NTC. OF MOT. & MOT. OF THE FURIA INVESTMENT FUND LIMITED FOR LEAVE TO FILE A
RESPONSE TO PYRAMID HOLDINGS, INC.'S OBJECTION TO REPLY EVIDENCE
5:15-cv-04981-BLF
5:15-cv-05068-BLF

1 | TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that lead plaintiff movant and Putative Class member, Furia Investment Fund Limited (the "Furia Fund"), by and through its counsel, hereby moves this Court for leave to file a response to Pyramid Holdings, Inc.'s ("Pyramid") Objection to the Reply Evidence Submitted by Furia Investment Fund Limited (ECF No. 69) (the "Objection"). The Furia Fund's proposed response to the Objection is attached hereto as Exhibit A.

This motion is made on the grounds that the Objection creates the misimpression that: (i) Pyramid was a corporation in good standing at the time of its lead plaintiff motion and that (ii) Pyramid has submitted evidence regarding its proper business purpose. In fact, at the time of the lead plaintiff filing, December 28, 2015, Pyramid's corporate charter had been "inoperative and void" for over 10 years as a result of its failure to pay taxes and/or file an annual report. Pyramid only applied to revive its charter on January 13, 2016. Further, Pyramid has submitted no evidence that it has operations of any sort or a legitimate business purpose. Moreover, the fact that Pyramid, a movant with losses of approximately $9,000, apparently decided to expend money and effort to revive itself after 10 years in order to facilitate its bid to be a lead plaintiff in this action raises additional questions as to whether Pyramid is truly motivated by a desire to represent the class or whether it is acting as a mere "figurehead" plaintiff in an attempt to secure a position for its counsel in this litigation. Accordingly, a response to Pyramid's misleading representations is necessary to correct the record.

This motion is based on this notice of motion and Exhibit A hereto, the accompanying Declaration of Thomas Laughlin ("Laughlin Decl."), the other files and records in this action, and such other written or oral argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | DATED: February 8, 2016 | Respectfully submitted, |
| 2 | | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| 3 | | /s Thomas L. Laughlin |
| | | Thomas L. Laughlin (*pro hac vice*) |
| 4 | | Donald A. Broggi |
| 5 | | Joseph V. Halloran (Bar No. 288617) |
| | | The Chrysler Building |
| 6 | | 405 Lexington Avenue, 40th Floor |
| | | New York, NY 10174 |
| 7 | | Telephone: 212-223-6444 |
| 8 | | Facsimile: 212-223-6334 |
| | | Email: tlaughlin@scott-scott.com |
| 9 | | dbroggi@scott-scott.com |
| | | jhalloran@scott-scott.com |
| 10 | | |
| | | John T. Jasnoch (Bar No. 281605) |
| 11 | | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| | | 707 Broadway, Suite 1000 |
| 12 | | San Diego, CA 92101 |
| 13 | | Telephone: 619-233-4565 |
| | | Facsimile: 619-233-0508 |
| 14 | | Email: jjasnoch@scott-scott.com |
| 15 | | David R. Scott |
| | | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| 16 | | 156 South Main Street |
| 17 | | P.O. Box 192 |
| | | Colchester, CT 06415 |
| 18 | | Telephone: 860-537-5537 |
| | | Facsimile: 860-537-4432 |
| 19 | | Email: david.scott@scott-scott.com |
| 20 | | *Attorneys for Proposed Lead Plaintiff the Furia Investment Fund Limited* |
| 21 | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: February 8, 2016          /*s* Thomas L. Laughlin
Thomas L. Laughlin
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: tlaughlin@scott-scott.com